**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000652
01-NOV-2024
08:08 AM
Dkt. 40 ODSD**

NO. CAAP-21-0000652

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

OLGA V. HARRISON, Petitioner-Appellant, v.
JOHN W. HARRISON, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT

(FC-DA NO. 21-1-0492)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On May 5, 2022, the court denied without prejudice Respondent-Appellee John Harrison's March 28, 2022 Motion to Dismiss Appeal and Impose Sanctions, struck self-represented Petitioner-Appellant Olga V. Harrison's (Appellant) January 10, 2022 opening brief, and ordered Appellant to file, within fourteen days from the order, a first amended opening brief that complies with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 28(b) and 32, and is not written in a foreign language;

(2) Appellant did not file a first amended opening brief or request an extension of time;

(3) On May 25, 2022, the appellate clerk entered a default of amended opening brief, indicating the matter would be called to the court's attention on June 6, 2022, for action that

could include dismissal, under HRAP Rule 30, and Appellant could seek relief from default by motion; and

(4) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under HRAP Rule 30.

DATED:  Honolulu, Hawaiʻi, November 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge